# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 10, 2013

Mr. Michael J. Blalock
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Mr. Timothy Brian Myers
Ms. Karen E. Patros
Orlans Associates
1650 W. Big Beaver Road
Troy, MI 48084

Mr. Brian P. Parker
30600 Telegraph Road
Suite 1350
Bingham Farms, MI 48025

Mr. Thomas M. Schehr
Dykema Gossett
400 Renaissance Center, 37th Floor
Detroit, MI 48243

Re: Case No. 12-2021, *Michael Conlin v. Mortgage Electronic Registration, et al*
Originating Case No. : 5:11-cv-15352

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

                                        Cathryn Lovely
                                        Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-2021

MICHAEL J. CONLIN,

    Plaintiff - Appellant,

v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS"); U.S. BANK, NATIONAL
ASSOCIATION, as trustee for an unknown securitized trust;
ORLANS ASSOCIATES, P.C.; MARSHALL R. ISAACS,

    Defendants - Appellees.

FILED
Apr 10, 2013
DEBORAH S. HUNT, Clerk

Before: MERRITT, MARTIN, and CLAY, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Ann Arbor.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's dismissal of Plaintiff's case is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk