# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 02, 2013

Mr. David J. Weaver
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

    Re:    Case No. 12-2021, *Michael Conlin v. Mortgage Electronic Registration, et al*
             Originating Case No. : 5:11-cv-15352

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Robin L. Johnson
                        Case Manager
                        Direct Dial No. 513-564-7039

cc:  Mr. Michael J. Blalock
      Mr. Timothy Brian Myers
      Mr. Brian P. Parker
      Ms. Karen E. Patros
      Mr. Thomas M. Schehr

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 12-2021

_____

Filed: May 02, 2013

MICHAEL J CONLIN

      Plaintiff - Appellant

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
U.S. BANK, NATIONAL ASSOCIATION as trustee for an unknown securitized trust;
ORLANS ASSOCIATES, P.C.;
MARSHALL R. ISAACS

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 04/10/2013 the mandate for this case hereby issues today.

COSTS: None